**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Athanas Fence Co., Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0652084 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

1013 Half Day Road
Highland Park, IL 60369
Number, Street, City, State & ZIP Code

Lake
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.athanasfence.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Athanas Fence Co., Inc.
     Name                                     Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2389

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |

Debtor   Athanas Fence Co., Inc.                    Case number (if known)
         Name

**11. Why is the case filed in this district?**    Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?**
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency
            Contact name
            Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Athanas Fence Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 10, 2017
MM / DD / YYYY

**X** /s/ James J. Athanas                          James J. Athanas
Signature of authorized representative of debtor        Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Joseph E. Cohen                          Date    February 10, 2017
Signature of attorney for debtor                            MM / DD / YYYY

Joseph E. Cohen
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone    312.368.0300        Email address

3123243
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Athanas Fence Co., Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 10, 2017     **X** /s/ James J. Athanas
                                             Signature of individual signing on behalf of debtor

                                             James J. Athanas
                                             Printed name

                                             President
                                             Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name   Athanas Fence Co., Inc. |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T PO Box 5080 Carol Stream, IL 60197 | | open account | | | | $845.00 |
| Chase Cardmember Services P.O. Box 1423 Charlotte, NC 28201 | | open account | | | | $6,040.09 |
| Chase P.O. Box 33035 Louisville, KY 40232 | | Business Line of Credit | | $52,727.01 | $0.00 | $52,727.01 |
| Chase Cardmember Services P.O. Box 1423 Charlotte, NC 28201 | | open account | | | | $11,664.61 |
| Chase P.O. Box 9001022 Louisville, KY 40290 | | Business Installment Loan | | $7,412.40 | $0.00 | $7,412.40 |
| Chase Merchant Services 7106 63rd Street Lubbock, TX 79407 | | open account | | | | $19,000.00 |
| Citi Business P.O. Box 9001037 Louisville, KY 40290 | | open account | | | | $29,280.44 |
| DexMedia P.O. Box 619009 Dallas, TX 75261 | | open account | | | | $1,866.00 |
| Do It Best Corp c/o TD Retail Card Services P.O. Box 731 Mahwah, NJ 07430 | | open account | | | | $1,538.32 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

| Debtor | Athanas Fence Co., Inc. | | Case number *(if known)* | |
|--------|------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eagle Fence Distributing, LLC c/o Freeborn & Peters, LLP 311 S Wacker Drive, Ste 3000 Chicago, IL 60606 | | open account | | | | $149,475.19 |
| Exxon Mobil P.O. Box 78001 Phoenix, AZ 85062 | | open account | | | | $3,065.40 |
| Hibu Inc. - West P.O. Box 660052 Dallas, TX 75266 | | open account | | | | $90.79 |
| Ila Lemonis c/o Latimer Levay Fyock, LLC 55 W. Monroe St, Ste 1100 Chicago, IL 60603 | | open account | Disputed | | | $7,700.00 |
| Illinois Department of Revenue Bankruptcy Division 100 W. Randolph Street Chicago, IL 60601 | | Possible unpaid taxes | | | | $3,180.20 |
| Illinois Dept. of Employment Securi 33 S. State St.,  10th Floor Chicago, IL 60603 | | Unpaid taxes | | | | $6,572.38 |
| Internal Revenue Service Cincinnati, OH 45999 | | Payroll taxes | | | | $22,252.22 |
| Pekin Insurance 2505 Court Street Pekin, IL 61558-0001 | | Insurance audit | Disputed | | | $36,879.03 |
| RSV Partners, LLC c/o The Braeside Group, Ltd. 1240 Meadow Road, 4th Floor Northbrook, IL 60062 | | Rent | | | | $2,960.00 |
| State Farm P. O. Box 680001 Dallas, TX 75368 | | Insurance premiums | | | | $4,221.21 |
| Windset Capital Corporation c/o Askounis & Darcy, PC 444 N. Michigan Avenue, Ste 3270 Chicago, IL 60611 | | open account | | | | $55,743.08 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

**Fill in this information to identify the case:**

Debtor name    Athanas Fence Co., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Chase | Describe debtor's property that is subject to a lien | $52,727.01 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 33035
Louisville, KY 40232

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8001

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Business Line of Credit

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Chase | Describe debtor's property that is subject to a lien | $7,412.40 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 9001022
Louisville, KY 40290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8002

**Do multiple creditors have an interest in the same property?**

Business Installment Loan

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    Athanas Fence Co., Inc.
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $60,139.41

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Athanas Fence Co., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>Bankruptcy Division<br>100 W. Randolph Street<br>Chicago, IL 60601 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,180.20 | $3,180.20 |
| | Date or dates debt was incurred | Basis for the claim:<br>Possible unpaid taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Illinois Dept. of Employment Securi<br>33 S. State St., 10th Floor<br>Chicago, IL 60603 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,572.38 | $6,572.38 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Athanas Fence Co., Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,252.22 | $22,252.22 |
|---|---|---|---|---|

**Internal Revenue Service**

Cincinnati, OH 45999

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.00 |
|---|---|---|---|

AT&T
PO Box 5080
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  open account

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,040.09 |
|---|---|---|---|

Chase
Cardmember Services
P.O. Box 1423
Charlotte, NC 28201

Date(s) debt was incurred _

Last 4 digits of account number  9846

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  open account

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,664.61 |
|---|---|---|---|

Chase
Cardmember Services
P.O. Box 1423
Charlotte, NC 28201

Date(s) debt was incurred _

Last 4 digits of account number  8637

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  open account

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|---|

Chase Merchant Services
7106 63rd Street
Lubbock, TX 79407

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  open account

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,280.44 |
|---|---|---|---|

Citi Business
P.O. Box 9001037
Louisville, KY 40290

Date(s) debt was incurred _

Last 4 digits of account number  8968

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  open account

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Athanas Fence Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866.00 |
|---|---|---|---|

DexMedia
P.O. Box 619009
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  open account

**Last 4 digits of account number**  8017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,538.32 |
|---|---|---|---|

Do It Best Corp
c/o TD Retail Card Services
P.O. Box 731
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  open account

**Last 4 digits of account number**  9950

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,475.19 |
|---|---|---|---|

Eagle Fence Distributing, LLC
c/o Freeborn & Peters, LLP
311 S Wacker Drive, Ste 3000
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  open account

**Last 4 digits of account number**  L477

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,065.40 |
|---|---|---|---|

Exxon Mobil
P.O. Box 78001
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  open account

**Last 4 digits of account number**  2612

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.79 |
|---|---|---|---|

Hibu Inc. - West
P.O. Box 660052
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  open account

**Last 4 digits of account number**  M8WL

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,700.00 |
|---|---|---|---|

Ila Lemonis
c/o Latimer Levay Fyock, LLC
55 W. Monroe St, Ste 1100
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  open account

**Last 4 digits of account number**  R992

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,879.03 |
|---|---|---|---|

Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**  2014

**Basis for the claim:**  Insurance audit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Athanas Fence Co., Inc. | Case number (if known) |
|---|---|---|
| | Name | |

### 3.13

**Nonpriority creditor's name and mailing address**
RSV Partners, LLC
c/o The Braeside Group, Ltd.
1240 Meadow Road, 4th Floor
Northbrook, IL 60062

**Date(s) debt was incurred** _
**Last 4 digits of account number** 232

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

$2,960.00

### 3.14

**Nonpriority creditor's name and mailing address**
State Farm
P. O. Box 680001
Dallas, TX 75368

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance premiums

Is the claim subject to offset? ■ No ☐ Yes

$4,221.21

### 3.15

**Nonpriority creditor's name and mailing address**
Windset Capital Corporation
c/o Askounis & Darcy, PC
444 N. Michigan Avenue, Ste 3270
Chicago, IL 60611

**Date(s) debt was incurred** _
**Last 4 digits of account number** L796

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** open account

Is the claim subject to offset? ■ No ☐ Yes

$55,743.08

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Joseph Mann & Creed<br>8948 Canyon Falls Blvd<br>Suite 200<br>Twinsburg, OH 44087 | Line 3.1<br>☐ Not listed. Explain ___ | _ |
| 4.2 | Pucin & Friedland P. C.<br>1699 East Woodfield Road<br>Schaumburg, IL 60173 | Line 3.12<br>☐ Not listed. Explain ___ | _ |
| 4.3 | Teller, Levit & Silvertrust, PC<br>19 S LaSalle Street, Ste 701<br>Chicago, IL 60603 | Line 3.8<br>☐ Not listed. Explain ___ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 32,004.80 |
| 5b. Total claims from Part 2 | 5b. + $ | 330,369.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 362,373.96 |

Fill in this information to identify the case:

Debtor name __Athanas Fence Co., Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name __Athanas Fence Co., Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | James Athanas | 1013 Half Day Road<br>Highland Park, IL 60035 | Windset Capital Corporation | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.2 | James Athanas | 1013 Half Day Road<br>Highland Park, IL 60035 | Ila Lemonis | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.3 | James Athanas | 1013 Half Day Road<br>Highland Park, IL 60035 | Chase | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 | James Athanas | 1013 Half Day Road<br>Highland Park, IL 60035 | Chase | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.5 | James Athanas | 1013 Half Day Road<br>Highland Park, IL 60035 | Citi Business | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Athanas Fence Co., Inc. | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | James Athanas<br>1013 Half Day Road<br>Highland Park, IL 60035 | Hibu Inc. - West | ☐ D _____<br>■ E/F    3.10<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Athanas Fence Co., Inc.                        Case No. _____

                                     Debtor(s)           Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 11,000.00 |
| Prior to the filing of this statement I have received | $ | 11,000.00 |
| Balance Due | $ | 0.00 |

2.   $ __1,717.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ☐ Debtor      ■ Other (specify):    Dominic Poeta

4.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. [Other provisions as needed]
         Representations of Debtor against Motions for Relief and Motions to Dismiss

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| February 10, 2017 | /s/ Joseph E. Cohen |
| *Date* | Joseph E. Cohen 3123243 |
| | *Signature of Attorney* |
| | Cohen & Krol |
| | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL 60602-4600 |
| | 312.368.0300 Fax: 312.368.4559 |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Illinois

In re  Athanas Fence Co., Inc.                                                          Case No. _____

_____

                                    Debtor(s)                          Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| James J. Athanas<br>1013 Half Day Road<br>Highland Park, IL 60035 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  February 10, 2017 _____        Signature   /s/ James J. Athanas _____

                                                                                    James J. Athanas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re    Athanas Fence Co., Inc.

_____    Case No. _____
Debtor(s)    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    23

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    February 10, 2017
_____

/s/ James J. Athanas
_____
James J. Athanas/President
Signer/Title

AT&T
PO Box 5080
Carol Stream, IL 60197


Chase
P.O. Box 33035
Louisville, KY 40232


Chase
P.O. Box 9001022
Louisville, KY 40290


Chase
Cardmember Services
P.O. Box 1423
Charlotte, NC 28201


Chase Merchant Services
7106 63rd Street
Lubbock, TX 79407


Citi Business
P.O. Box 9001037
Louisville, KY 40290


DexMedia
P.O. Box 619009
Dallas, TX 75261


Do It Best Corp
c/o TD Retail Card Services
P.O. Box 731
Mahwah, NJ 07430


Eagle Fence Distributing, LLC
c/o Freeborn & Peters, LLP
311 S Wacker Drive, Ste 3000
Chicago, IL 60606


Exxon Mobil
P.O. Box 78001
Phoenix, AZ 85062

Hibu Inc. - West
P.O. Box 660052
Dallas, TX 75266


Ila Lemonis
c/o Latimer Levay Fyock, LLC
55 W. Monroe St, Ste 1100
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Division
100 W. Randolph Street
Chicago, IL 60601


Illinois Dept. of Employment Securi
33 S. State St., 10th Floor
Chicago, IL 60603


Internal Revenue Service
Cincinnati, OH 45999


James Athanas
1013 Half Day Road
Highland Park, IL 60035


Joseph Mann & Creed
8948 Canyon Falls Blvd
Suite 200
Twinsburg, OH 44087


Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001


Pucin & Friedland P. C.
1699 East Woodfield Road
Schaumburg, IL 60173


RSV Partners, LLC
c/o The Braeside Group, Ltd.
1240 Meadow Road, 4th Floor
Northbrook, IL 60062

State Farm
P. O. Box 680001
Dallas, TX 75368


Teller, Levit & Silvertrust, PC
19 S LaSalle Street, Ste 701
Chicago, IL 60603


Windset Capital Corporation
c/o Askounis & Darcy, PC
444 N. Michigan Avenue, Ste 3270
Chicago, IL 60611

# United States Bankruptcy Court
## Northern District of Illinois

In re   Athanas Fence Co., Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Athanas Fence Co., Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 10, 2017

Date

/s/ Joseph E. Cohen

Joseph E. Cohen 3123243

Signature of Attorney or Litigant

Counsel for   Athanas Fence Co., Inc.

Cohen & Krol

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559