IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **ATHANAS FENCE CO., INC.,** | ) | No. 17-03883 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

### N O T I C E

**TO:**    Office of U.S. Trustee - Via CM/ECF System
Elizabeth L. Janczak - Via CM/ECF System
Susan A. Stoddard - Via CM/ECF System
Raseq Moizuddin - Via CM/ECF System
See Attached List, Via U.S. Mail

PLEASE TAKE NOTICE that on the 5th day of December, 2018, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable TIMOTHY A. BARNES, Bankruptcy Judge, in Courtroom No. 744, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

/s/ Joseph E. Cohen
JOSEPH E. COHEN
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 14th day of November, 2018.

/s/ Joseph E. Cohen

Label Matrix for local noticing
0752-1
Case 17-03883
Northern District of Illinois
Chicago
Wed Nov 14 10:38:26 CST 2018

Athanas Fence Co., Inc.
1013 Half Day Road
Highland Park, IL 60035-1825

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Chase
Cardmember Services
P.O. Box 1423
Charlotte, NC 28201-1423

Chase
P.O. Box 33035
Louisville, KY 40232-3035

Chase
P.O. Box 9001022
Louisville, KY 40290-1022

Chase Merchant Services
7106 63rd Street
Lubbock, TX 79407-8203

Citi Business
P.O. Box 9001037
Louisville, KY 40290-1037

Department of Treasury-Internal Revenue Serv
PO Box 7346
Philadelphia, PA 19101-7346

DexMedia
P.O. Box 619009
Dallas, TX 75261-9009

Do It Best Corp
c/o TD Retail Card Services
P.O. Box 731
Mahwah, NJ 07430-0731

Eagle Fence Distributing, LLC
Freeborn & Peters LLP
c/o Elizabeth L. Janczak
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6679

Eagle Fence Distributing, LLC
Freeborn & Peters LLP c/o Elizabeth L. J
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6683

Eagle Fence Distributing, LLC
c/o Freeborn & Peters, LLP
311 S Wacker Drive, Ste 3000
Chicago, IL 60606-6683

Exxon Mobil
P.O. Box 78001
Phoenix, AZ 85062-8001

Hibu Inc fka Yellowbook Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 361345
cOLUMBUS, OH 43236-1345

Hibu Inc. - West
P.O. Box 660052
Dallas, TX 75266-0052

Ila Lemonis
c/o Latimer Levay Fyock, LLC
55 W. Monroe St, Ste 1100
Chicago, IL 60603-5128

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Dept. of Employment Securi
33 S. State St., 10th Floor
Chicago, IL 60603-2806

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James Athanas
1013 Half Day Road
Highland Park, IL 60035-1825

Joseph Mann & Creed
8948 Canyon Falls Blvd
Suite 200
Twinsburg, OH 44087-1900

Pekin Insurance Company
John S Pucin, Esq.
1699 E Woodfield Rd #360A
Schaumburg, IL 60173-4935

Pucin & Friedland P. C.
1699 East Woodfield Road
Schaumburg, IL 60173-4947

RSV Partner LLC
1240 Meadow
4th Floor
northbrook, IL 60062-8300

RSV Partners, LLC
c/o The Braeside Group, Ltd.
1240 Meadow Road, 4th Floor
Northbrook, IL 60062-8300

State Farm
P. O. Box 680001
Dallas, TX 75368-0001

Susan A. Stoddard
Latimer LeVay Fyock LLC
55 West Monroe Street
Suite 1100
Chicago, Illinois 60603-5128

Teller Levit & Silvertrust, PC
19 S LaSalle Street, Ste 701
Chicago, IL 60603-6369

Windset Capital Corporation
Askounis & Darcy, PC
Madelaine Newcomb
444 N. Michigan Ave., Ste. 3270
Chicago, IL 60611-3906

Windset Capital Corporation
Askounis & Darcy, PC
Thomas V. Askounis
444 N. Michigan Ave., Ste. 3270
Chicago, IL 60611-3906

Windset Capital Corporation
c/o Askounis & Darcy, PC
444 N. Michigan Avenue, Ste 3270
Chicago, IL 60611-3906

Gina B Krol ESQ
Cohen & Krol
105 West Madison Street #1100
Chicago, IL 60602-4600

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
Bankruptcy Division
100 W. Randolph Street
Chicago, IL 60601

(d)Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Cincinnati, OH 45999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Eagle Fence Distributing, LLC

(u)Windset Capital Corporation

(u)Cynthia Ledbetter
Eagle Fence Distributing, LLC

(u)Ila Lemonis

(u)Meghan Jackson
Windset Capital Corporation

(u)Nancy Brunn

End of Label Matrix
Mailable recipients    37
Bypassed recipients     6
Total                  43

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **ATHANAS FENCE CO., INC.,** | ) | No. 17-03883 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

<u>MOTION FOR ENTRY OF FINAL DECREE</u>

TO THE HONORABLE **TIMOTHY A. BARNES**
     BANKRUPTCY JUDGE

Now comes **ATHANAS FENCE CO., INC.,** Debtor herein, by and through its attorney Joseph E. Cohen of Cohen & Krol, and respectfully represents unto this Honorable Court as follows:

1.     That the above-named Debtor filed its Voluntary Petition under Chapter ll on the 10th day of February, 2017.

2.     That this Honorable Court entered an Order confirming the Debtors Amended Plan of Reorganization on December 7, 2017.

3.     That the Debtor has made the initial distributions due under the Amended Plan of Reorganization.

4.     That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

5.     That the Debtor has sent notice of this Motion to all creditors and parties in interest.

WHEREFORE, **ATHANAS FENCE CO., INC.,** Debtor herein, prays for the entry of a

Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy

Court to close this case and for such other relief as the Court shall deem proper.


JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100              BY:  /s/   JOSEPH E. COHEN_____
Chicago, IL  60602                             Attorney for Debtor
312/368-0300