UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-03883
ATHANAS FENCE CO., INC., )
) Chapter: 11
) Honorable Timothy Barnes
)
Debtor(s) )

# FINAL DECREE

The estate of the above-named Debtor, having been fully administered and the payments required by the Debtor's Confirmed Chapter 11 Plan of Reorganization having been substantially completed, NOW THEREFORE:

IT IS HEREBY ORDERED THAT the final Decree is hereby entered and the Chapter 11 case of the above-named Debtor is closed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 12, 2018

**Prepared by:**

Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
(312) 368-0300